# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1514

_____

MEREDITH D. FISHER,

    Appellant,

v.

JOSEPH HENDERSON,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

September 26, 2025

PER CURIAM.

    AFFIRMED.

RAY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Meredith D. Fisher, pro se, Appellant.

Maurice T. McDaniel of the Law Office of Maurice T. McDaniel, High Springs, for Appellee.